JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUTOCRIB, INC.,** | **Case No.: SACV12-1039 FMO(JPRx)** |
| Plaintiff, | |
| | Hon. Fernando M. Olguin |
| v. | |
| **POWER HAWK TECHNOLOGIES, INC.,** | |
| | **[PROPOSED]** |
| Defendant. | |
| | **ORDER DISMISSING ENTIRE ACTION** |
| **POWER HAWK TECHNOLOGIES, INC.,** | |
| Counter-claimant | |
| v. | |
| **AUTOCRIB, INC.,** | |
| Counter-defendant. | |

-1-

1         Having read and considered the parties Stipulation To Dismiss the Entire Action,

2    IT IS HEREBY ORDERED that this action including all claims and counterclaims be

3    DISMISSED in its entirety with prejudice.

4

5         IT IS SO ORDERED

6

7

8    DATED: February 26, 2013

9

10

11

12

13                                    /s/

                              Fernando M. Olguin

14                                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28